UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA                    CRIMINAL ACTION

VERSUS                                      NO. 11-129

AMANDA JACKSON                              SECTION "B"(1)

## ORDER AND REASONS

Before the Court is the Government's Application for Writ of Garnishment (Rec. Doc. No. 105), the defendant/debtor's Request for Hearing (Rec. Doc. No. 106), and the Government's Memorandum in Opposition to the claim for exemption (Rec. Doc. No. 116).

26 U.S.C. § 6334(a)(6) exempts:

> Annuity or pension payments under the Railroad Retirement Act, benefits under the Railroad Unemployment Insurance Act, special pension payments received by a person whose name has been entered on the Army, Navy, Air Force, and Coast Guard Medal of Honor roll (38 U.S.C. 1562), and annuities based on retired or retainer pay under chapter 73 of title 10 of the United States Code.

Defendant/debtor here claimed, without support, an exception under the latter provisions. The garnishment will issue to Metlife, a private annuity company. Rec. Doc. No. 105; www.metlife.com (Last accessed May 15, 2012). There is no showing that Metlife administers or pays the type of federal annuities listed in 26 U.S.C. § 6334(a)(6) (as incorporated by the MVRA, 18 U.S.C. §3163(a)(1)).

Without more, the exemption claim is overruled and the garnishment may proceed, without prejudice. Therefore,

**IT IS ORDERED** that the United States' Application for Writ of Garnishment (Rec. Doc. No. 105) is **GRANTED**.

**IT IS FURTHER ORDERED** that the debtor/defendant's Request for Hearing (Rec. Doc. No. 106) is **DISMISSED AS MOOT** in view of the above grant of the Writ of Garnishment and the debtor/defendant's claim to be unable to attend her hearing due to hospitalization and personal health issues.

New Orleans, Louisiana, this 15th day of May, 2012.

_____
UNITED STATES DISTRICT JUDGE